1  Tania L. Whiteleather
   Law Offices of Tania L. Whiteleather                    **JS-6**
2  5445 E. Del Amo Blvd., Suite 207
   Lakewood, CA 90712
3  tel (562) 866-8755
   fax (562) 866-6875
4  St. Bar No. 141227

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 S.M. a minor by and        ) Case SA CV 08-00817 AHS(AGRx)
   through her Guardian Ad    )
12 Litem, JANICE METZGER      ) ORDER ON STIPULATION FOR
                              ) DISMISSAL OF ACTION WITH
13         Plaintiff,         ) PREJUDICE
                              )
14         v.                 )
                              )
15 SADDLEBACK VALLEY          )
   UNIFIED SCHOOL DISTRICT,)
16                            )
           Defendant.         )
17 _____)

18

19     Good cause having been shown by the stipulation of

20 the parties, the Court hereby orders that this matter

21 be dismissed with prejudice.

22

23

24
                        ALICEMARIE H. STOTLER
25 Dated: October 10, 2008.  _____
                             Hon. ALICEMARIE H. STOTLER
26                           Chief US District Court Judge

27

28

                              3